**Order entered May 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00160-CV

### IN THE INTEREST OF L.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-00890-W**

## ORDER

The reporter's record was due March 26, 2019. When we ordered court reporter Martha Grant to file the reporter's record, she informed the Court that Salonda Phillips was the reporter. We then ordered Ms. Phillips to file the reporter's record. Ms. Phillips called the Clerk of the Court to inform us (1) she is a court recorder, not a court reporter, and (2) she was not sure how to file the record in this appeal.

The rules of appellate procedure provide that:

> If the proceedings were electronically recorded, the reporter's record consists of certified copies of all tapes or other audio-storage devices on which the proceedings were recorded, any of the exhibits that the parties to the appeal designate, and certified copies of the logs prepared by the court recorder under Rule 13.2.

TEX. R. APP. P. 34.6(a)(2). Under rule 13.2, a court recorder must ensure that the recording system functions properly throughout the proceeding and that a complete, clear, and transcribable recording is made. TEX. R. APP. P. 13.2(a). In addition, the recorder must make a detailed, legible log of all proceedings being recorded, showing (1) the number and style of the case before the court; (2) the name of each person speaking; (3) the event being recorded such as the voir dire, the opening statement, direct and cross-examinations, and bench conferences; (4)

each exhibit offered, admitted, or excluded; (5) the time of day of each event; and (6) the index number on the recording device showing where each event is recorded. TEX. R. APP. P.13.2(b). Finally, the recorder must ensure that the record complies with section 3 of the Uniform Format Manual for Texas Reporters' Records. *Unif. Format Manual for Tex. Reporters' Records*, § 3.

We **ORDER** Salonda Phillips to file, **WITHIN TEN DAYS OF THIS ORDER**, a record that complies with Texas Rules of Appellate Procedure 13.2 and 34.6(a)(2) as well as section 3 of the Uniform Format Manual for Texas Reporters' Records. *See* TEX. R. APP. P. 13.2, 34.6(a)(2); *Unif. Format Manual for Tex. Reporters' Records*, § 3. We caution Ms. Phillips that the failure to do so may result in the Court taking whatever remedies it has available to it, which may include ordering that Ms. Phillips not sit as a court recorder until the record is filed, to ensure this priority appeal proceeds in a more timely fashion,.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Andrea Martin Lane
Presiding Judge, 304th Judicial District Court

Honorable Alice Rodriguez
Associate Judge

Ms. Martha Grant
Official Court Reporter, 304th Judicial District Court

Ms. Salonda Phillips
Court recorder

All parties

/s/  BILL WHITEHILL
   JUSTICE